■ In the Matter of MARGARET RILEY, Appellant, v GREGORY KALADJIAN et al., Respondents. [631 NYS2d 543] —Appeal by the petitioner from stated portions of (1) a judgment of the Supreme Court, Queens County (Levine, J.), dated January 19, 1994, and (2) an order of the same court, dated June 8, 1994.

Ordered that the judgment and order are affirmed insofar as appealed from, with one bill of costs, for reasons stated by Justice Levine in his memorandum decision dated December 16, 1993, and his order dated June 8, 1994, respectively. Balletta, J. P., Copertino, Pizzuto and Krausman, JJ., concur.